UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------
JOAN DICENZO                                    08 CV 2360

                              Plaintiff,

                         **FILED**                **STIPULATION OF**
                    IN CLERK'S OFFICE          **DISCONTINUANCE WITH**
            -against-U.S. DISTRICT COURT E.D.N.Y   **PREJUDICE**

SUNRISE CREDIT SERVICES, INC., SEP 2 3 2008        ★

                         Defendant.
                    LONG ISLAND OFFICE
--------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel on behalf of their respective clients, (the defendant not having appeared) that pursuant to

Rule 41(a)(1), this action shall be, and it hereby is, dismissed with prejudice and without costs to

either party. The defendant shall be released from further liability with regard to the claims

herein.

September 22, 2008

__S/_____
Amir J. Goldstein, Esq. (AG- 2888)
Attorney at Law
**Attorneys for the Plaintiff**
591 Broadway
New York, New York 10012
(212) 966- 5253

Case closed.

SO ORDERED:

_____
U.S.D.J.        9/23/08